AARON D. FORD
Attorney General
GREGORY D. OTT (Bar No. 10950)
Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1229 (phone)
(775) 684-1108 (fax)
gott@ag.nv.gov
*Attorneys for Defendant the*
*Nevada Department of Administration*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY NORSTROM, on behalf of herself and all other similarly situated individuals,<br><br>Plaintiff,<br>vs.<br><br>THE STATE OF NEVADA, ex rel. NEVADA DEPARTMENT OF ADMINISTRATION; STATE OF NEVADA ex rel., NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOES 1 through 50, inclusive,<br><br>Defendants | Case No. 2:26-cv-02333-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT TO NOVEMBER 6, 2026**<br><br>**(SECOND REQUEST)** |

Plaintiff, KIMBERLY NORSTROM, and Defendants, STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF ADMINISTRATION and STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF HUMAN SERVICES, by and through their respective counsels of record, hereby stipulate to extend the deadline for Defendants' response to Plaintiff's First Amended Collective Action Complaint to **November 6, 2026**, based on the following:

1. This action is a putative FLSA collective action that alleges failure to pay overtime in violation of 29 U.S.C. § 207.

2. Defendants removed this action to this Court on July 31, 2026.

3. In order to allow time for the parties to explore potential resolution, and to avoid unnecessary litigation costs, the parties have agreed to extend the deadline for each Defendant's response

to Plaintiff's First Amended Collective Action Complaint to **November 6, 2026**.

DATED this 25th day of September 2024

THIERMAN BUCK

By: */s/ Joshua D. Buck*
JOSHUA D. BUCK, ESQ.
Nevada Bar No. 12187
LEAH L. JONES
Nevada Bar No. 13161
*Attorneys for Plaintiff*

DATED this 25th day of September 2024

AARON D. FORD
Attorney General

By: */s/ Josette A. Vanderlaan*
GERALD L. TAN
Senior Deputy Attorney General
Nevada Bar No. 13596
JOSETTE A. VANDERLAAN
Deputy Attorney General
Nevada Bar No. 17007
*Attorneys for Defendant*
*Department of Human Services*

DATED this 25th day of September 2024

AARON D. FORD
Attorney General

By: */s/ Gregory D. Ott*
GREGORY D. OTT
Chief Deputy Attorney General
Nevada Bar No. 10950
NATHAN C. HOLLAND
Deputy Attorney General
Nevada Bar No. 15247
DAKOTA R. PETERSON
Deputy Attorney General
Nevada Bar No. 16958
*Attorneys for Defendant the*
*Nevada Department of Administration*

**IT IS SO ORDERED:**

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 9-28-26

Submitted By:

AARON D. FORD
Attorney General

By: */s/ Gregory D. Ott*
GREGORY D. OTT
Chief Deputy Attorney General
Nevada Bar No. 10950

*Attorneys for Defendant the*
*Nevada Department of Administration*