Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161
THIERMAN BUCK
325 W. Liberty St.
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027
josh@thiermanbuck.com
leah@thiermanbuck.com

*Attorneys for Plaintiff*

AARON D. FORD
Attorney General
GREGORY D. OTT (Bar No. 10950)
Chief Deputy Attorney General
NATHAN C. HOLLAND (Bar No. 15247)
Deputy Attorney General
DAKOTA R. PETERSON (Bar No. 16958)
Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
(775) 684-1229 (phone)
gott@ag.nv.gov
nholland@ag.nv.gov
dpeterson@ag.nv.gov

*Attorneys for Defendant the Nevada Department of Administration*

GERALD L. TAN (Bar No. 13596)
Senior Deputy Attorney General
JOSETTE A. VANDERLAAN (Bar No. 17007)
Deputy Attorney General
State of Nevada
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-3584
(702) 486-3773 fax
gtan@ag.nv.gov
jvanderlaan@ag.nv.gov

*Attorneys for Defendant State of Nevada ex rel. Nevada Department of Human Services*

**THIERMAN BUCK**
325 W. Liberty St.
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

THIERMAN BUCK
325 W. Liberty St.
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIMBERLY NORSTROM, on behalf of herself and all other similarly situated individuals,<br>Plaintiff<br><br>v.<br><br>THE STATE OF NEVADA, *ex rel.* NEVADA DEPARTMENT OF ADMINISTRATION; STATE OF NEVADA *ex rel.*, NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES; DOES 1 through 50, inclusive,<br><br>Defendants | Case No.: 2:26-cv-02333-CDS-MDC<br><br>**STIPULATION TO STAY ALL PROCEEDINGS PENDING SETTLEMENT EFFORTS AND PROPOSED ORDER THEREON (First Request)**<br><br>[ECF No. 14] |

Plaintiff, KIMBERLY NORSTROM, and Defendants, STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF ADMINISTRATION and STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF HUMAN SERVICES, by and through their respective counsels of record, hereby stipulate and respectfully request that this Court enter an order staying this action pending mediation, as follows:

**RECITALS**

1) Plaintiff filed the putative FLSA Collective Action complaint in this action on May 6, 2026, in the First Judicial District of the State of Nevada in and for Carson City. (ECF No. 1).

2) Plaintiff filed the operative First Amended Collective Action Complaint on May 28, 2026.

3) The matter was removed to this Court on July 31, 2026. (*Id.*)

4) The Court has granted two (2) stipulations for extensions of time to file a response to Plaintiff's complaint. (ECF Nos. 5 and 10).

THIERMAN BUCK
325 W. Liberty St.
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

5) The Court has granted the parties' stipulated confidentiality agreement and protective order. (ECF No. 12).

6) Defendants have been compiling information to produce to Plaintiff in order to have productive settlement discussions and expect to produce said information in the coming weeks.

7) The Parties believe that a temporary stay of all proceedings, including a toll of all applicable limitations periods for potential opt-in plaintiffs, will allow them to focus their efforts and resources on a good-faith attempt to resolve this matter, will avoid unnecessary litigation expenses, and will conserve the resources of the Court.

8) This stipulation is made in good faith and not for purposes of delay. Good cause therefore exists for the stay requested herein.

**STIPULATION**

NOW, THEREFORE, the Parties, through their counsel of record, hereby STIPULATE AND AGREE:

1) Stay of Proceedings: All proceedings in this action shall be stayed from the date this Court enters this Stipulation as an order (the "Effective Date") for ninety (90) days thereafter (the "Stay Period").

2) Tolling of FLSA Limitations Period: The statute of limitations for filing a consent to join in this action by potential opt-in plaintiffs ("FLSA Collective"), as defined in First Amended Collective Action Complaint, shall be tolled during the Stay Period.

3) Joint Status Report: Within fourteen (14) days after the conclusion of the Stay Period, the Parties must file a Joint Status Report advising the Court whether the action has resolved and, if it has not, proposing a scheduling order for all future deadlines associated with this matter..

4) Early Termination: Any Party may move to lift the stay before the end of the Stay Period for good cause, and the Parties may jointly request that the stay be lifted or extended.

5) No Waiver: Nothing in this Stipulation constitutes a waiver of, or otherwise prejudice, any claim, defense, objection, or right of any Party, all of which are expressly preserved.

DATED: November 6, 2026

THIERMAN BUCK

By: /s/ Joshua D. Buck
Joshua Buck (Bar No. 12187)
Leah J. Jones (Bar No. 13161)

*Attorneys for Plaintiff*

AARON D. FORD
Attorney General

/s/ Gregory D. Ott
GREGORY D. OTT (Bar No. 10950)
Chief Deputy Attorney General
NATHAN C. HOLLAND (Bar No. 15247)
Deputy Attorney General
DAKOTA R. PETERSON (Bar No. 16958)
Deputy Attorney General

*Attorneys for Defendant Department of Administration*

/s/ Gerald L. Tan
GERALD L. TAN (Bar No. 13596)
Senior Deputy Attorney General
JOSETTE A. VANDERLAAN (Bar No. 17007)
Deputy Attorney General

*Attorneys for Defendant State of Nevada ex rel. Nevada Department of Human Services*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: November 10, 2026

THIERMAN BUCK
325 W. Liberty St.
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com